UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SAMSON MARTINEZ,           )   Case No. CV 14-2088-ABC(AJW)
                           )
          Petitioner,      )
                           )
     v.                    )
                           )   JUDGMENT
C.E. DUCART,               )
                           )
          Respondent.      )
_____)

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: May 9, 2014

*Audrey B. Collins*

_____
Audrey B. Collins
United States District Judge